```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ANTHONY D. PARKER,<br><br>       Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL,<br><br>       Defendant. | Civil Action<br>No. 16-5854 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

   Plaintiff Anthony D. Parker seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

   Plaintiff did not complete the IFP application. Plaintiff must submit either a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed. This matter shall be administratively terminated pending submission of the filing and administrative fees or a completed IFP application.

   An appropriate order follows.


 October 6, 2016                     s/ Jerome B. Simandle
Date                                 JEROME B. SIMANDLE
                                     Chief U.S. District Judge